UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Shanay Outlaw         Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   (  )(  )
20 Cr. 626 (PMH)

Defendant __Shanay Outlaw__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

__X__ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_Shanay Outlaw (signed on consent by Dft. by atty)_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__SHANAY OUTLAW__
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

__LEO ALDRIDGE__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/2020
Date

_Andrew Krause_
U.S. District Judge/U.S. Magistrate Judge