LEONA...

**VIA CM/ECF**
The Honorable Philip M. Halpern
United States District Judge
U.S. District Court for the
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

> Application granted. The hearing scheduled for September 13, 2021 at 2:30 p.m. shall be held through the Court's video conferencing system. Defendant's counsel is directed to make arrangements with the A/V department prior to that date (212-805-0134).
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 213.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 31, 2021

Re: U.S. v. Shanay Outlaw, 20-626 (PMH)

Dear Judge Halpern:

Ms. Shanay Outlaw is scheduled to plead guilty before Your Honor on September 13, 2021, **in person**, at the U.S. District Court for the Southern District of New York in White Plains, N.Y. I am writing to respectfully request that the change of plea hearing instead be conducted through the Video-Conferencing system set up by the Court because of the ongoing Covid-19 pandemic.

I thoroughly discussed with Ms. Outlaw her rights, under the Constitution and the CARES Act, to be physically present in Court for all stages of her criminal proceeding, including her change of plea hearing. She understands those rights but nevertheless wishes to waive them, for the change of plea hearing, and consents to said hearing take place remotely. Her decision is rooted in health and safety considerations for herself and third parties.

I discussed this matter with AUSA Shiva Logarajah, who does not object to the change of plea hearing taking place remotely. All parties are available on the currently scheduled date and time of September 13 at 2:30 p.m.

                                                    Respectfully submitted,

                                                    **_S/Leonardo M. Aldridge_**
                                                    Leonardo M. Aldridge
                                                    Counsel for the Defendant
                                                    20 Vesey St., Room 400
                                                    New York, NY 10007