# LEONARDO M. ALDRIDGE

Attorney at Law
20 Vesey Street
New York

> Mr. Aldridge's request to appear at the hearing on September 13, 2021 at 2:30 p.m. via videoconference is granted.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 219.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             September 10, 2021

**VIA CM/ECF**
The Honorable Philip M. Halpern
United States District Judge
U.S. District Court for the
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: <u>U.S. v. Shanay Outlaw,</u> 20-626 (PMH)

Dear Judge Halpern:

I write with regards to the logistics of Ms. Shanay Outlaw's change of plea hearing before Your Honor, currently slated for Monday, September 13, at 2:30 p.m.

On August 31, at Docket No. 217, Your Honor endorsed a memorandum in which the defense moved the Court to hold the change of plea hearing through the videoconference system in lieu of an in-person hearing at the White Plains federal courthouse. The docket entry specified that defense counsel should coordinate with the audiovisual department to set up the videoconference, which has already been done.

Based on Your Honor's memo endorsement, I was operating under the belief and understanding that all the parties – including the AUSA and defense counsel – would appear remotely through VTC and arranged my schedule under that impression. However, personnel from Your Honor's office recently informed me that the Court's expectation was for Ms. Outlaw to appear through VTC but for both the defense and the government to be physically present in court.

Because of my interpretation of the memo endorsement, I am currently out of the Southern District of New York jurisdiction, specifically tending to another case in the

1

District of Puerto Rico. I am scheduled to fly back to New York on Tuesday, September 14, in the evening.

I respectfully request that Your Honor allow me to appear for the September 13th change of plea through the videoconference system. In the alternative, if defense counsel must be physically present in court, I would then request a brief continuance for the afternoon of Thursday, September 16th, or anytime on Friday, September 17th. If neither of these alternatives is feasible, I will of course make any changes needed to comply with the court's schedule.

On a more substantive matter, the defense will move after the change of plea hearing for Ms. Outlaw to remain under the same bail conditions. I spoke with AUSA Shiva Logarajah and he relayed that the government will not object to this request.

Respectfully submitted,

**_S/Leonardo M. Aldridge_**
Leonardo M. Aldridge
Counsel for the Defendant
20 Vesey St., Room 400
New York, NY 10007