UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 626 (PMH)

SHANAY OUTLAW, Defendant(s).

------------------------------------------------------------X

Defendant _SHANAY OUTLAW_ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer _(Change of Plea Hearing)_

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_SHANAY OUTLAW_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Leonardo M. Aldridge_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_9/10/2021_
Date

_____  9/13/21
Hon. Philip M. Halpern, U.S.D.J.