LEONARDO
Attorney
20 Vesey S
New York

> Application granted. Ms. Outlaw's bail conditions are modified such that she is permitted to go to the restaurant and bowling alley that she has identified to her supervising officer until 10:00 p.m. on February 15, 2022 and February 16, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 350.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          February 11, 2022

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District Judge
300 Quarropas St.
White Plains, NY 10601

Re: <u>U.S. v. Shanay Outlaw,</u> 20-626 (PMH)

Dear Judge Halpern:

On January 26, 2022, Your Honor sentenced Ms. Shanay Outlaw to three (3) years of imprisonment for her participation in this case. She requested, without objection from the government, to voluntarily surrender in March to a federal institution designated by the Bureau of Prisons. While awaiting surrender, she remains under the same conditions of bail – the use of an electronic monitoring device and home detention that allows her only to go to and from work.

Because of the upcoming St. Valentine's holiday, Ms. Outlaw respectfully requests from this Honorable Court that she be allowed to go out on dates with her long-time girlfriend on Tuesday, February 15, and Wednesday, February 16, until 10:00 p.m. (Ms. Outlaw works on Monday, February 14). The outings would be to a restaurant and to a bowling alley whose names and addresses she has already identified to her supervising officer.

The pre-trial services office for the Southern District of New York, when contacted about this request by Ms. Outlaw's supervising officer, stated that they took no position on the matter and would defer to the Court. Similarly, the Assistant United States Attorneys handling this case conveyed that they took no position and would also defer to the Court.

2

In sum, without objection from the government nor pre-trial, Ms. Outlaw respectfully requests that her strict bail conditions be modified for two days – February 15 and 16 – so that she can go out on dates, until 10:00 pm, with her long-time girlfriend because of the St. Valentine's holiday.

Respectfully submitted,

***S/Leonardo M. Aldridge***
Leonardo M. Aldridge
Counsel for the Defendant
20 Vesey St., Room 400
New York, NY 10007

Cc AUSA David Felton
AUSA Shiva Logarajah