UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -v-

SHANAY OUTLAW,

          Defendant.

ORDER

20-CR-00626-014 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 26, 2022, the defendant was sentenced principally to a term of imprisonment of 36 months. (Doc. 333).

On February 12, 2024, the defendant filed a motion requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. (Doc. 824). The United States Probation Department has issued a report indicating that the defendant is precluded from a sentence reduction because the original sentence was at or below the low end of the amended guideline range. (Doc. 826).

The Court has considered the record in this case, and the defendant's submission in support of the sentence reduction application. (Doc. 824).

It is hereby ORDERED that the defendant is ineligible for this reduction because defendant's original sentence is below the reduced Guidelines range, and this motion is denied.

**SO ORDERED.**

_____
PHILIP M. HALPERN
United States District Judge

Dated: White Plains, New York
       February 21, 2024